MEMORANDUM OPINION



No. 04-09-00471-CV



IN RE Marrs BOWMAN



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice


Delivered and Filed: August 19, 2009


PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered the petition for a writ of mandamus filed by relator Marrs Bowman,
and is of the opinion that relief should be denied. See Tex. R. App. P. 52.8(a). Accordingly, relator's
petition for a writ of mandamus is denied.

 PER CURIAM

1. This proceeding arises out of Cause No. 2008-CI-09303, styled Kayla McGloin v. Marrs Bowman, pending
in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding; however, the
challenged orders were signed by the Honorable Gloria Saldaña, presiding judge of the 224th Judicial District Court,
Bexar County, Texas.